IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
98 MAR 25 PM 12: 31
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LINDA F. GOBLE, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 98-P-124-S |
| BLOUNT COUNTY HEALTH CARE, INC., further doing business as BLOUNT COUNTY HEALTH CARE, TLC, | ) |
| | ) ENTERED |
| | ) MAR 2 5 1998 |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The plaintiff's complaint sets out three counts. Count I is a workers' compensation claim; Count II and Count III allege state law claims of conversion and fraud, respectively. On January 16, 1998, this action was removed from the Circuit Court for Blount County, Alabama. On January 27, 1998, the defendant filed a motion seeking the dismissal of Counts II and III. On February 17, 1998, the plaintiff filed a "Request for Remand of Count I and Motion to Dismiss Counts II and III." On March 6, 1998, the plaintiff filed a "Notice of Dismissal," in which she dismissed Counts II and III, without prejudice, citing Rule 41 of the Federal Rules of Civil Procedure. In its March 19, 1998, submission, the defendant stated: "On March 6, 1998, the plaintiff, pursuant to Fed. R. Civ. P. 41, voluntarily dismissed Counts II and III of her complaint. Defendant County Health does not contest the propriety of the dismissal. Accordingly, the only claim remaining in this action is Count I --- the plaintiff's claim

7

for workers' compensation benefits. At its discretion, this Court should remand that claim to state court because it is a claim in which 'state law dominates.' <u>Fed. R. Civ. P.</u> 1441 (c)."

Counts II and III having been dismissed by the plaintiff, the court is of the opinion that Count I is due to be remanded to the state court. An order of remand will be entered.

Done this 25 day of March, 1998.

/s/ Sam C. Pointer
Sam C. Pointer, Jr.
Chief United States District Judge

-2-